**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Chung Ting Yu, | ) | |
| | ) | Case no.: 25-cv-00062 |
| Plaintiff, | ) | |
| | ) | Judge: Elaine E. Bucklo |
| v. | ) | |
| | ) | Mag. Judge: Heather K. McShain |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO SEAL

Plaintiff Chung Ting Yu, (hereinafter, "Plaintiff" or "Yu), an individual, files this Motion pursuant to Local Rules 5.8 and 26.2 requesting leave to file under seal the Schedule A [Doc. 4] and Amended Schedule A [Doc. 7] filed provisionally under seal. In this action, Plaintiff is seeking expedited discovery in order to facilitate his investigation into the identity and location of the Defendants and an *ex parte* temporary restraining order, including a temporary injunction and temporary asset restraint, based on an action for trademark infringement. Sealing this portion of the file is necessary to prevent Defendants from learning of these proceedings prior to the completion of Plaintiff's investigation and execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief.

Once Plaintiff has completed his investigation, the anticipated temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will file an Amended Complaint as necessary which identifies Defendants and their online marketplace accounts and/or will move to unseal these documents and will serve Defendants via electronic service of process.

Respectfully submitted this January 9, 2024.

*/s/ Lydia Pittaway*
Fla. Bar No: 0044790
Ford Banister LLC
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 212-500-3268
Fax: +1 212-500-3269
lpittaway@fordbanister.com
*Attorney for Plaintiff*