# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Chung Ting Yu, | ) | |
| | ) | Case No.: 25-cv-00062 |
| Plaintiff, | ) | |
| | ) | Judge Honorable Elaine E. Bucklo |
| v. | ) | |
| | ) | Magistrate Judge: Heather K. McShain |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S STATUS REPORT PURSUANT TO COURT ORDER (D.E. 47)**

COMES NOW, Plaintiff, and pursuant to Court Order (D.E. 47), files his status report. Specifically, Plaintiff will address the status of service of process, settlement discussions, and any pending motions.

1. Plaintiff filed the instant civil action on January 3, 2025 in order to combat willful and intentional infringement utilizing its federally registered Trademark No. 5,581,294. ("JEWELRIESHOP" hereinafter). (D.E. 1 at ¶¶ 5).

2. On February 3, 2025, Plaintiff filed its Motion for Expedited Third-Party Discovery, Motion for Electronic Service and Motion for Temporary Restraining Order ("Plaintiff's Motions" hereinafter). (D.E. 14, 15, 16, respectively).

3. On February 20, 2025, this Court granted Plaintiff's Motions. (D.E. 20).

4. On February 27, 2025, Plaintiff filed his Motion for Extension of TRO for Fourteen Days (D.E. 21), which this Court granted. (D.E. 23).

5. On March 12, 2025, Plaintiff filed his Motion for Preliminary Injunction (D.E. 26), which this Court granted. (D.E. 36).

6. On March 14, 2025, Plaintiff filed a Return of Summons. (D.E. 31-33).

7. Plaintiff has filed a Notice of Dismissal as to multiple Defendants and remains actively engaged in settlement discussions with multiple Defendants.

8. Active Defendants include:

- Defendants Cintags and RR Success have appeared through counsel Erin Russell, Esquire (collectively "Russell Defendants" hereinafter), and have been given unopposed extensions of time to file a Complaint through May 5, 2025. Plaintiff and the Russell Defendants are engaged in good faith and meaningful resolution discussions.

- Filer "Hanane Zouagui," on behalf of pro se Defendant (No. 84) Marketwise on the Amended Schedule A, filed two Motions to Dismiss (D.E. 48, 54). These motions were mooted as a result of Plaintiff's Notice of Voluntary Dismissal and Notice of Mooted Motions. (D.E. 64).

- Filer Daniel Herlehy, on behalf of pro se Defendant (No. 62) Family Gifts and Treasures, filed a Motion to Dismiss (D.E. 43). This motion is moot as a result of Plaintiff's Notice of Voluntary Dismissal and Notice of Mooted Motion. (D.E. 46).

- Filer "Avidor Aronsfeld," on behalf of pro se Defendants (No. 55) COOL-GIFT-FOR-ALL, (No. 83) magirud-0, (No. 105) ruhama231, and (No. 111) store7479 filed several documents. On March 26, 2025, Defendants filed a "Counterclaim and Defense Statement." (D.E. 40). On April 1, 2025, Defendants

filed its "Motion to Treat Prior Filing as Motion." (D.E. 45). On April 2, 2025, this Court directed these Defendants "to retain an attorney, with a filed attorney appearance within 30 days." (D.E. 47).[1] On April 7, 2025, Defendants filed their "Motion to Clarify Defendant Identity, Recognize Prior Filing as Motion to Dismiss, and a Request for Relief." (D.E. 68). On April 16, 2025, Plaintiff filed its Motion to Strike these Defendants' pending Motions. (D.E. 71). On April 22, 2025, this Court issued a briefing schedule regarding Defendants and Plaintiff's pending Motions. (D.E. 74).

9. Plaintiff filed its Motion for Partial Entry of Default and Final Judgment on April 29, 2025 against Defaulting Defendants. (D.E. 76). Plaintiff set the Motion for Default for presentment on Friday, May 2, 2025. (D.E. 77). Defendants were served with the Motion for Entry of Default and Final Judgment and the Notice of Motion on April 29, 2025. (D.E. 78). Plaintiff's Motion will not resolve all remaining Defendants.

Respectfully Submitted this 30th of April, 2025,

/s/ Lydia Pittaway
Bar No. 0044790
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: lpittaway@fordbanister.com
*Attorney for Plaintiff*

---

[1] At the time of this filing, these Defendants remain pro se.